IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER GUYTON,

    Petitioner,                     No. CIV S-05-0436 DFL DAD P

    vs.

M. McKNOWLES, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file objections to the May 25, 2005 order and findings and recommendations or to "Amend Habeas proceeding into a Writ of Mandate, thus to either file a 42 U.S.C. § 1983, pursuant to Id. at Rule 142."

        The court has provided petitioner with a civil rights complaint form and advised him that if he seeks to challenge unconstitutional conditions of confinement he may present such claims in a civil rights action brought pursuant to 42 U.S.C. § 1983.  Petitioner has been advised that any civil rights complaint he chooses to file must be submitted for filing as a new action. Petitioner may not amend his habeas petition by filing a civil rights complaint or any other pleading that concerns conditions of confinement.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Petitioner's June 1, 2005 motion for extension of time is granted; and

3  2. Petitioner shall file any objections to the May 25, 2005 findings and

4  recommendations on or before July 5, 2005.

5  DATED: June 8, 2005.

```
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

DAD:13:bb
guyt0436.eot